# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ALFONIZA ANTONIO ROGERS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 07-00115-CG-B |
| | ) CIVIL ACTION NO. 12-0296-CG-B |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 29, 2017, is adopted as the opinion of this Court.

**DONE and ORDERED** this 21st day of September, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE