# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| ALFONIZA ANTONIO ROGERS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | CRIMINAL NO. 07-00115-CG-B |
| | ) | CIVIL ACTION NO. 12-0296-CG-B |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Doc. 139) is **DENIED**, and this action is **DISMISSED**. Therefore, **JUDGMENT** is hereby entered in favor of Respondent, the United States of America, and against Petitioner, Alfoniza Antonio Rogers. The Court further finds that Rogers is not entitled to issuance of Certificate of Appealability and, therefore, he is not permitted to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 21st day of September, 2017.


/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE